Fill in this information to identify the case:

Debtor 1  Lynda E. Thomas

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the EASTERN District of PENNSYLVANIA

Case number 15-16682-elf

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges       12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: LSF10 MASTER PARTICIPATION TRUST       Court claim no. (if known): 3-1

Last 4 digits of any number you use to identify the debtor's account: 0612

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

☐ No
■ Yes. Date of the last notice: 10/19/2018

**Part 1:** Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | Description | Date Incurred | | Amount |
|---|---|---|---|---|
| 1 | Late Charges | | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3 | Attorneys fees | | (3) | $0.00 |
| 4 | Filing fee and court costs | | (4) | $0.00 |
| 5 | Bankruptcy/Proof of claim fees | | (5) | $0.00 |
| 6 | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7 | Property inspection fees | | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9 | Insurance advances (non-escrow) | 9/20/2019 | (9) | $368.00 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: | | (11) | $0.00 |
| 12 | Other. Specify: | | (12) | $0.00 |
| 13 | Other. Specify: | | (13) | $0.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ ___/s/ Sindi Mncina___                                    Date    __09/24/2019__
   Signature

| | | |
|---|---|---|
| Print | **Sindi Mncina** <br> First Name    Middle Name    Last Name | Title    Bankruptcy Attorney |
| Company | RAS Crane, LLC | |
| Address | 10700 Abbott's Bridge Road, Suite 170 <br> Number    Street | |
| | Duluth, GA 30097 <br> City    State    ZIP Code | |
| Contact Phone | 470-321-7112 | Email    smncina@rascrane.com |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on _____September 25, 2019_____,
I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

CHRISTOPHER G. CAPPIO
CHRISTOPHER G. CAPPIO, ESQ.
PO BOX 296
GLASSBORO, NJ 08028

LYNDA E. THOMAS
906 PINE ROAD
SHARON HILL, PA 19079

WILLIAM C. MILLER, ESQ.
P.O. BOX 1229
PHILADELPHIA, PA 19105

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

RAS Crane, LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: ___/s/ Claude Kamgna_____
    Claude Kamgna
    email:ckamgna@rascrane.com



# HISTORY OF ACCOUNT
# FORCE PLACED CHARGES

LYNDA THOMAS
ROGER THOMAS
906 PINE ROAD
SHARON HILL, PA 19079

ACCOUNT 
09/23/2019
REPORT ID

## THIS IS A STATEMENT OF YOUR FORCE PLACED CHARGES
## FROM 11/21/2016 TO 09/30/2019

| Fee Code | Description | Amount Paid | Bill Paid Date | Amount Outstanding |
|---|---|---|---|---|
| 164 | ESC FORCED PLACED TAX | $8.00 | 11/21/2016 | |
| 164 | ESC FORCED PLACED TAX | $787.06 | 11/21/2016 | |
| 164 | ESC FORCED PLACED TAX | $933.53 | 11/21/2016 | |
| 165 | ESC FORCED PLACED INS | $368.00 | 11/25/2016 | |
| 164 | ESC FORCED PLACED TAX | $817.39 | 06/28/2018 | |
| 164 | ESC FORCED PLACED TAX | $182.34 | 06/28/2018 | |
| 165 | ESC FORCED PLACED INS | $368.00 | 09/25/2018 | |
| 165 | ESC FORCED PLACED INS | $368.00 | 09/20/2019 | $368.00 |

| Description | Amounts |
|---|---|
| Flood Balance | $0.00 |
| Insurance Balance | $368.00 |
| Tax Balance | $0.00 |
| Overall Balance | $368.00 |